JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

BRAIAM ANDRES ESPINOZA-ARIAS,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-06495-MBK

JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is ADJUDGED that the Petition is granted.

Dated: November 10, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE